

# NUMBER 13-16-00143-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SCALISE CUCINA ITALIANA, INC.,                                    Appellant,

v.

REBECCA G. SCALISE, ET AL.,                                    Appellees.

## On appeal from the County Court at Law No. 2
## of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza**
**Memorandum Opinion Per Curiam**

Appellant, Scalise Cucina Italiana, Inc., perfected an appeal from an order granting application for appointment of receiver entered by the County Court at Law No. 2 of Hidalgo County, Texas, in cause number CL-15-0512-B. This cause is before the Court

on appellant's unopposed motion to dismiss the appeal on grounds appellant no longer wishes to pursue this appeal.   Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.   Costs will be taxed against appellant.   *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed this the
21st day of April, 2016.